# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PENAFLOR,<br><br>        Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>        Respondent. | Case No. EDCV 15-1339-DSF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On June 7, 2017, Petitioner filed Objections, in which he mostly reargues grounds one and three of the Petition. Those arguments — concerning a state-law sentencing claim in ground one and "missing" cell phones in ground three — were thoroughly addressed and rejected in the R. & R. (See R. & R. at 10-12 (sentencing claim not cognizable), 16-17 (allegedly lost cell phones not exculpatory and in fact "had little bearing on his . . . convictions").)

    Having reviewed de novo those portions of the R. & R. to which objections were filed, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: 6/27/17

*Dale S. Fischer*
DALE S. FISCHER
U.S. DISTRICT JUDGE